# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC, *et al.*, <br><br>　　　　　　Plaintiffs, <br><br>v. <br><br>KENDALL CREEK HOMEOWNERS ASSOCIATION, *et al.*, <br><br>　　　　　　Defendants. | Case No.:　3:16-CV-00751-RCJ-VPC <br><br> **ORDER VACATING ORAL ARGUMENT SET FOR MAY 29, 2018 IN RENO, NEVADA TO FRIDAY JUNE 15, 2018 IN LAS VEGAS NEVADA** |

　　　Presently before the Court is Kendall Creek Homeowners Association Motion to Dismiss (ECF No. 33); Bayview Loan Servicing Countermotion for Partial Summary Judgment (ECF No. 35); and Kendall Creek Homeowners Association Motion for Summary Judgment as to Quiet Title, Declaratory Relief, and Injunctive Relief (ECF No. 36).　Accordingly,

　　　IT IS HEREBY ORDERED that ORAL ARGUMENT currently set for 10:00 AM., Tuesday, May 29, 2018, in RENO COURTROOM 3, before Judge Robert C. Jones is VACATED.

　　　IT IS FURTHER ORDERED that ORAL ARGUMENT is RESCHEDULED to 10:30 AM, Friday, June 15, 2018, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

　　　IT IS SO ORDERED this 16th day of May, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　　　　District Judge